# United States Bankruptcy Court
## Middle District of Florida

In re    American Automotive Alliance        Case No.

Debtor(s)        Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __American Automotive Alliance__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Raithion Management Group, Inc
822 N A1A Highway
Suite 310
Ponte Vedra Beach, FL 32082

☐ None [*Check if applicable*]

| | |
|---|---|
| May 5, 2026 | /s/ Thomas Adam |
| Date | Thomas Adam |
| | Signature of Attorney or Litigant |
| | Counsel for   American Automotive Alliance |
| | Adam Law Group, PA |
| | 2258 Riverside Ave |
| | Jacksonville, FL 32204 |
| | Fax: |
| | tadam@adamlawgroup.com |