UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

AMERICAN AUTOMOTOVE ALLIANCE

Debtor.

_____/

Case No. 3:26-bk-2023-JAB
Chapter 11
*SubChapter V*

### DEBTOR-IN-POSSESSION'S EMERGENCY APPLICATION
### TO SET CEO, RONNIE MCGRAW, COMPENSATION

American Automotive Alliance, as Debtor and Debtor-in-Possession (the "Debtor")
pursuant to pursuant to Local Rule 2081-1, requests Court authority to compensate its Chief
Executive Officer, Ronnie McGraw and fractional CFO, Adam Knihtila. In support hereof, the
Debtor states as follows:

### Jurisdiction

1.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and
1334.

2.    This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.    Venue of this proceeding and this Motion in this District is proper under 28
U.S.C. §§ 1408 and 1409.

4.    The statutory basis for the relief requested herein is Rule 2081-1 of the Local
Rules of the Middle District of Florida Bankruptcy Court.

### Relief Requested

5.    By this Application, the Debtor seeks entry of an Order granting the following
relief, without limitations:

    a.    Authorizing the Debtor to compensate CEO, Ronnie McGraw the annual
       gross salary of $121,000 per year, payable bi-weekly;

b.  Authorizing the Debtor to pay the Car payment to Ford Motor Credit of $1,540.62. This for the Ford Expedition that is used solely for business purposes of the Debtor;

c.  Authorizing the Debtor to pay fractional CEO, Adam Knihtila, with Work from Home Financial monthly compensation of $4,000.00/month.

d.  Any other relief deemed appropriate by the Court.

## Background

6.  On May 5, 2026, Debtor filed a Voluntary Petition under Chapter 11, *SubChapter V* in the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division.

7.  The Debtor continues to operate the business as debtor-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.  No trustee, examiner, or official committee has been appointed in this case.

8.  By this Motion, the Debtor is requesting authority to compensate Ronnie McGraw as a CEO.

9.  Mr. McGraw duties include, but are not limited to running the day-to-day operations of the business, purchasing and accounts receivables.

10.  Mr. McGraw works an average of 40+ hours a week.

11.  Mr. McGraw is requesting compensation of $121,000 gross annual salary paid bi-weekly.  The appropriate taxes will be withheld and paid to the governmental agencies as required by law.

12.  In the past 12 months, Mr. McGraw has received the total compensation from the Debtor of approximately $121,148.96

13. It is contemplated that Mr. McGraw will be paid from revenues generated from business operations of the Debtor and to the extent that funds are available.

14. Adam Knihtila, with Work from Home Financial, provides part-time executive leadership to help the Debtor with strategy, operations, financial performance, growth, and team management profitability and accountability.

15. The retention of Mr. McGraw and Mr. Knihtila are integral parts of the operation of the Debtor and our continued services are necessary for a successful reorganization. It would cost the company substantially more to find replacements.

16. For these reasons, Debtor believes that the relief sought in the Compensation Motion should be granted.

## CERTIFICATE OF NECESSITY AND REQUEST FOR EMERGENCY HEARING

17. The Debtor requests that the Court hold an emergency hearing on the Debtor-in-Possession's Emergency Application to Set CEO Ronnie McGraw and fractional CFO Adam Knihtila, with Work from Home Financial, compensation to avoid immediate and irreparable harm to the estate.

18. The undersigned attorney certifies that this request is being made in good faith and is based solely upon the factual circumstances existing at the time of the filing of the motion.

WHEREFORE, the Debtor respectfully requests that the Court enter an order granting the relief requested herein, and granting such other and further relief as the Court deems appropriate.

Respectfully submitted this 8th day of May, 2026.

*/s/ Thomas C. Adam*
Thomas C. Adam
Florida Bar No. 648711
2258 Riverside Avenue

Jacksonville, Florida 32204
(904) 329-7249 Telephone
(904) 606-1245 Facsimile
bk@adamlawgroup.com
*Counsel to Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the *Emergency Application to Set Member, Ronnie McGraw's Compensation* has been served by electronic transmission upon all parties having entered an appearance in this case via the Court's CM/ECF system this 8th day of May, 2026 and via first class U.S. mail, postage prepaid on the following parties on the attached mailing matrix.

/s/ Thomas C. Adam
Thomas C. Adam

Label Matrix for local noticing
113A-3
Case 3:26-bk-02023-JAB
Middle District of Florida
Jacksonville
Fri May  8 17:39:09 EDT 2026

American Automotive Alliance
822 N A1A Highway Ste 310
Ponte Vedra Beach, FL 32082-8209

822 N A1A Highway Ste 310
Ponte Vedra Beach, FL 32082-8209

CarGuard ADministration Inc
6991 E Camelback Rd # C309
Scottsdale, AZ 85251-2432

EFS Companies, LLC
16150 Msin Circle Drive
Chesterfield, MO 63017-4624

EGV Companies, Inc.
50 N. Laura St., Suite 2500
Jacksonville, FL 32202-3646

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Ford Motor Credit Company
One American Road
Dearborn, MI 48126-2701

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

JP Morgan Chase
PO Box 15298
Wilmington, DE 19850-5298

OnDeck Capital Inc.
4700 W. Daybreak Pkwy., Suite 200
South Jordan, UT 84009-5133

Parkside Funding Group
80 Maiden Ln
New York, NY 10038-4889

Paylink Direct
222 South Riverside Plaza Suite 950
Chicago, IL 60606-5828

Ronnie McGraw
215 Pelican Reef Drive
Saint Augustine, FL 32080-5341

Secretary of the Treasury
15th & Pennsylvania Ave., NW
Washington, DC 20220-0001

Sing for Service, LLC
10 South LaSalle Street
Suite 2310
Chicago, IL 60603-1068

St. Johns County Tax Collector
Post Office Box 9001
Saint Augustine FL 32085-9001

The Beacon Group Inc.
6001 Broken Sound Pkwy N.W. Ste 500
Boca Raton, FL 33487-2730

Thomas  Adam
2258 Riverside Ave
Jacksonville, FL 32204-4620

U.S. Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326-1382

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204

United States Trustee - JAX 11
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

WalCo Funding, LLC
440 N. Wells St, Suite 410
Chicago, IL 60654-4975

Jerrett M McConnell
McConnell Law Group, P.A.
6100 Greenland Road, Unit 603
Jacksonville, FL 32258-7436

Thomas C Adam
Adam Law Group, P.A.
2258 Riverside Ave
Jacksonville, FL 32204-4620

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Laninka Office                    (u)NOW BPO Customer Service                    (u)Regus Virtual Office

(u)Robert and Ann Marie Crips        (u)Timothy Aguillar                           End of Label Matrix
                                                                                   Mailable recipients    24
                                                                                   Bypassed recipients     5
                                                                                   Total                  29